UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES GEORGES, et al, <br><br>　　　　　　　　Plaintiffs, <br><br>v. <br><br>FELIX PHILLIP, et al, <br><br>　　　　　　　　Defendants. | Case No.:  22cv26-LAB (WVG) <br><br>**ORDER DIRECTING CLERK OF COURT TO TERMINATE CASE** |

On December 16, 2021, in connection with Case No. 21-cv-02095-LAB-WVG, Plaintiff Agnes Georges, proceeding *pro se*, filed her original Complaint against Defendant Felix Phillip, as well as a motion to proceed *in forma pauperis* ("IFP"). The Court granted her IFP motion, but after conducting an initial screening, the Court dismissed her Complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(b). The Court granted her forty-five days leave from the date of the Order to file an amended complaint.

Georges did so within the permitted time frame. On January 10, 2022, she filed a new complaint, this time naming additional plaintiffs and defendants. This complaint, however, was improperly filed as a new matter in connection with Case No. 3:22-cv-00026-LAB-WVG, rather than as an amended complaint in Case No. 21-cv-02095-LAB-WVG. The Clerk of Court is therefore directed to terminate Case

1  No. 3:22-cv-00026-LAB-WVG and transfer all current docket entries in Case No.
2  3:22-cv-00026-LAB-WVG to Case No. 21-cv-02095-LAB-WVG. Those entries
3  should be docketed in accordance with the date those documents were received.
4      **IT IS SO ORDERED**.
5  Dated:  August 16, 2022

*Larry A. Burns* (signature)

Honorable Larry Alan Burns
United States District Judge